## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LACKAWANNA CHIROPRACTIC P.C.**, a New York professional corporation, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**SQUIP, INC.,** a New Jersey corporation,<br><br>*Defendant.* | Case No. : 3:17-cv-01372<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## <u>NOTICE OF DISMISSAL</u>

NOW COMES the Plaintiff, Lackawanna Chiropractic P.C., by and through

its respective attorneys, and pursuant to Fed. R. Civ. Proc. 41(a), hereby

voluntarily dismisses this action with prejudice and without costs.

Respectfully Submitted,


**LACKAWANNA CHIROPRACTIC P.C.**, individually and on behalf of all others similarly situated,


Dated: May 1, 2017          By:/s/Stefan Coleman_____

Stefan Coleman
law@stefancoleman.com

1

Law Offices of Stefan Coleman, PLLC
1072 Madison Ave., Ste. #1
Lakewood, NJ 08701
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Blake J. Dugger*
blake@stefancoleman.com
Law Offices of Stefan Coleman, PLLC
1011 W. Colter St., #236
Phoenix, Arizona 85013
Telephone: (602) 441-3704
Facsimile: (888) 498-8946

*Attorneys for Plaintiff and the putative Classes*

*Admission *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2017, I electronically filed the foregoing with the

Clerk of the Court using the CM/EMF system, which will send a Notice of Electronic Filing to

all counsel of record.

By:_s/Stefan Coleman_____
Stefan Coleman